877 P.2d 281

**Hetty WATSON, Petitioner Employee,**

v.

**The INDUSTRIAL COMMISSION of ARIZONA, Respondent,**

**Cigna Healthplan, Respondent Employer,**

**INA, Respondent Carrier.**

**No. CV–94–0237–PR.**

Supreme Court of Arizona.

July 14, 1994.

**ORDER**

A "Motion to Withdraw Petition for Review" having been filed by counsel for Petitioner Employee Hetty Watson,

---

And it appearing that the matter is now settled,

IT IS ORDERED granting Petitioner Employee's motion.

IT IS FURTHER ORDERED that the Petition for Review is DISMISSED.

IT IS FURTHER ORDERED that the pending motions for extension of time to file a response to the petition for review, are considered moot.

/s/ Frederick J. Martone
FREDERICK J. MARTONE
Duty Justice